UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:21-CV-22008-FAM

LISSET INFANTE and all others similarly )
situated under 29 U.S.C. 216(b), )
        Plaintiff, )
vs. )
CONCEPT HEALTH SYSTEMS INC. and )
EDWARD MCGOWAN, )
        Defendants. )

## NOTICE OF FILING

**COME(S) NOW** the undersigned counsel and notices the Court of the following filing:

1)    Civil Cover Sheet attached as Exhibit A;

Respectfully Submitted,

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
E-mail: zabogado@aol.com

By:__/s/ J.H. Zidell_____
J.H. Zidell, Esq.
Florida Bar Number: 0010121

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA US MAIL ON 6/1/2021 TO:

CONCEPT HEALTH SYSTEMS, INC.
Registered Agent: Richard Morgan, Esq.
6100 Blue lagoon Drive, Suite 400
Miami FL 33126


EDWARD MCGOWAN
162 NE 49th Street
Miami FL 33137


By:__/s/ J.H. Zidell_____
J.H. Zidell, Esq.